# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM SCHULZE, on behalf of himself and all others similarly situated,<br><br>                            Plaintiff,<br><br>V.<br><br>ZOOM TELEPHONICS, INC. and MTRLC LLC,<br><br>                            Defendants. | Civil Action No. 1:20-CV-10140-IT |

## STIPULATION OF DISMISSAL

Plaintiff William Schulze and Defendants Zoom Telephonics, Inc. and MTRLC LLC, through counsel, hereby stipulate that pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), Plaintiff hereby dismisses this action with prejudice. Each side is to bear its own fees and costs.

                                                      /s/ *Hassan A. Zavareei*
                                            Hassan A. Zavareei (*pro hac vice*)
                                            Katherine Aizpuru (Bar No. 690383)
                                            Tycko & Zavareei LLP
                                            1828 L Street NW, Suite 1000
                                            Washington, DC 20036
                                            (202) 973-0900
                                            hzavareei@tzlegal.com
                                            kaizpuru@tzlegal.com


                                            */s/ Jack I. Siegal*
                                            Jack I. Siegal, BBO # 669173
                                            jsiegal@grsm.com
                                            (857) 504-2033
                                            Gordon Rees Scully Mansukhani, LLP
                                            21 Custom House Street, 5th Floor
DATED: July 28, 2020                        Boston, MA 02110

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of July 2020, this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the NEF (NEF).

                                                     */s/ Katherine M. Aizpuru*
                                                     Katherine M. Aizpuru